**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

AHMED ALASADY,

      Plaintiff,

vs.                                      Civ. No. 25-58 KG/KK

FRANK BISIGNANO, Commissioner
of Social Security Administration,

      Defendant.

## JUDGMENT

The Court having granted Plaintiff's Motion to Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 13), IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff Alasady under Federal Rule of Civil Procedure 58 and this matter is hereby remanded to the Commissioner for further proceedings consistent with the Court's Order entered on 3/9/2026.  (Doc. 21.)

/s/Kenneth J. Gonzales_____ _____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.