**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**AMHED ALASADY,**

       **Plaintiff,**

vs.                                **No. 1:25-cv-00058-KG-KK**

**FRANK BISIGNANO,
Commissioner of Social Security,**

       **Defendant.**

**STIPULATED MOTION FOR AWARD OF ATTORNEY FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT**

The Court entered an order and judgment remanding the case to the Commissioner for further administrative proceedings (Dkt. Nos. 21 & 22).  The parties now submit a Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  Defendant, the Commissioner of Social Security (Commissioner), by his undersigned counsel, and Plaintiff, by her counsel Justin Raines, now hereby stipulate to an award of $6,039.50 in fees pursuant to the EAJA in the above-captioned matter and costs in the amount of $405.00.

Payment of this amount shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action.  However, the EAJA award is without prejudice to Plaintiff's attorney's right to seek attorney fees pursuant to section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.  *See* 28 U.S.C. § 2412(c)(1).  In addition, if Plaintiff's counsel ultimately receives an away of attorney fees pursuant to 42 U.S.C. § 406(b), counsel must refund the smaller award received to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.3d 575, 580 (10th Cir. 1986).

1

In accordance with the United States Supreme Court and Tenth Circuit Court of Appeals, the parties agree that the award of attorney fees must be made payable to Plaintiff as the prevailing party. *See Astrue v. Ratliff*, 560 U.S. 586, 595-98 (2010); *Manning v. Astrue*, 510 F.3d 1246, 1255 (10th Cir. 2007), *cert. denied*, 129 S. Ct. 486 (2008); *Brown v. Astrue*, 271 F. App'x 741, 743-44 (10th Cir. 2008) (unpublished).

The agency recognizes that Plaintiff may have assigned his right to EAJA fees to his counsel.  If, after receiving the Court's EAJA fee order, the agency determines that Plaintiff does not owe a debt that is subject to the offset under the Treasury Offset Program, then the agency will agree to waive the requirements of the Anti-Assignment Act,[1] and the EAJA fees will be made payable to Plaintiff's attorney.  However, if there is a debt owed under the Treasury Offset Program, the agency cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

DATED this 12th day of March, 2026.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document.  Electronically filed documents can be found on the Court's PACER public access system.

---

[1] The Anti-Assignment Act generally precludes the assignment of claims against the United States. *See* 31 U.S.C. § 3727(b) (the assignment of a claim against the United States is authorized only where the assignment 1) is made after the amount of the claim is decided and a warrant for payment has been issued; 2) specifies the warrant; 3) is attested to by two witnesses; and 4) is acknowledged before an official who may acknowledge a deed).

2

Respectfully submitted,

RGV DISABILITY, PLLC

/s/ Justin S. Raines
Justin S. Raines
PO Box 2069
Harlingen, TX 78551
P: (833) 374-8774
F: (956) 300-6166
justin@rgvdisability.com

RYAN ELLISON
Acting United States Attorney

*s/ Annalies van der Valk*
ANNALIES VAN DER VALK
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (303) 844-2544
Email: annalies.vandervalk@ssa.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2026, I electronically transmitted the attached document

to the clerk of the court using the ECF System.  Based on the records currently on file, the clerk of

court will transmit a Notice of Electronic Filing to all ECF registrant participants.

*s/ Justin S. Raines*

3