IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF NEW MEXICO**

AMHED A.,

     Plaintiff,

vs.                                     No. 1:25-cv-00058-KG-KK

FRANK BISIGNANO,
Commissioner of Social Security,

     Defendant.

ORDER

Upon consideration of the Stipulated Motion for Award of Attorney Fees Under the Equal Access to Justice Act, the Court finds the Motion (Doc. 23) should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff is awarded attorney fees in the amount of $6,039.50 for attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, as the prevailing party herein. If Plaintiff's counsel is subsequently awarded any fees pursuant to 42 U.S.C. §406(b), he must refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986). Plaintiff is also awarded costs in the amount of $405.00, to be paid separately by the Judgment Fund, not agency funds. *See* 28 U.S.C. § 2412(c)(1).

IT IS FURTHER ORDERED that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney.  However, if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the

1

remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to

Plaintiff's attorney.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

SUBMITTED AND APPROVED BY:

*Electronically submitted 03/11/2026*
Justin Raines
Attorney for Plaintiff

*Electronically approved 3/11/2026*
ANNALIES VAN DER VALK
Special Assistant United States Attorney
Attorney for Defendant